# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

DATE: November 9, 1999

NORRIS A. CAMPOS MATOS, et al.

   Plaintiffs

v.

**CIVIL NO. 96-2477 (DRD)**

EVANSTON INSURANCE COMPANY,
et al.

   Defendants

---

**BY ORDER OF THE COURT**, plaintiffs' Motion for Continuance of the Initial

Scheduling Conference set for November 18, 1999, Dkt. No. 55, is granted.

   Hence, the Initial Scheduling Conference is set for **December 9, 1999 at 5:30 P.M.**

Attorney Slominski is authorized to participate via telephone.

**COURTROOM DEPUTY**

PARTIES NOTIFIED:

Zygmunt G. Slominski, Esq.
Isabel J. Vélez, Esq.