UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO
BEFORE HONORABLE DANIEL R. DOMINGUEZ

**MINUTES OF PROCEEDINGS**　　　　　　　　　　DATE: December 9, 1999

**CIVIL NO. 96-2477 (DRD)**
LAW CLERK: Karen A. Rivera-Turner

===========================================================================

| | | |
|---|---|---|
| CAMPOS MATOS et al<br>Plaintiff | <u>Attorneys</u>: | Jorge Toro McCown, Zygmunt<br>Slominski by telephone |
| v.<br>EVANSTON INSURANCE COMPANY<br>Defendant | | William Graffam, Edgardo Vega<br>López |

===========================================================================

INITIAL SCHEDULING CONFERENCE was held today. Plaintiff informed the Court that Defendant has not produced documents requested by Plaintiffs. Defendant counters that Plaintiffs are also in default of compliance with request by Defendants.

The Court grants the parties **until January 15, 2000,** to depose attorneys and factual witnesses to find out if notices of claims complied with the requirements for an extrajudicial interruption under Puerto Rico's statute of limitations. If the notices are insufficient at law, no jury is required to determine if plaintiffs' claims are barred. The matter is thus not a factual issue but a question of law.

Both parties have **twenty (20) days** to answer pending interrogatories and requests for production of documents. **No further extensions will be granted.**

Once the parties have complied with the Court's orders, Plaintiffs will request further initial scheduling conference.

　　　　　　　　　　　　　　　　　　　　　　　　　　　/s/ Karen A. Rivera-Turner
　　　　　　　　　　　　　　　　　　　　　　　　　　　LAW CLERK

s/c: Counsel of record