# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

Plaintiff(s) _Noris Campos Matos et al_    CIVIL NO. _96-2477_(DRD)

v.

Defendant(s) _Evanston Insurance Co. et al_

| MOTION | ORDER |
|---|---|
| Docket entry no. _60_ | ☐ GRANTED. |
| Date: _Jan 13, 2000_ | ☐ DENIED. |
| Title: _Joint Motion Requesting Extension of time to take Deposition_ | ☒ MOOT. |
| | ☐ NOTED. |

RECEIVED AND FILED
00 MAR -7 AM 8:54
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

Counsel for defendants has informed the Court that the deposition at issue has yet to be taken and that he is attempting to coordinate a Rule 311.11 meeting with Counsel for Plaintiffs. If said meeting cannot be held or still does not result in an agreement as to the requested deposition, counsel for defendant will then again move the court for a remedy. Until then, counsel for Defendant's joint motion is moot.

The parties are to advise the court within ten days of this order the status of the matter.

Date: ___03__/_06_/_2000_.

[signature]

**DANIEL R. DOMINGUEZ**
**U.S. DISTRICT JUDGE**