UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

NORIS A. CAMPOS-MATOS, et al.,

Plaintiffs,

v.                                    CIVIL NO. 96-2477 (DRD)

EVANSTONE INSURANCE COMPANY, et al.,

Defendants.

## ORDER

Given the status of this case and that this case has been pending for over three years, the parties are hereby **ORDERED** to attend a **Pretrial Conference** to be held in Chamber's on **May 26, 2000 at 9:00 a.m.**, with a Trial to follow shortly thereafter.

IT IS SO ORDERED.

Date: March 31, 2000                    DANIEL R. DOMINGUEZ
P:\PEACHORD ERS\96-2477 PTC             U.S. District Judge

Rec'd:          EOD:

By:       #

