UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO

BEFORE HONORABLE **DANIEL R. DOMINGUEZ**

**MINUTES OF PROCEEDINGS**                          DATE: May 9, 2000

**CIVIL NO. 96-2477 (DRD)**

COURTROOM DEPUTY: Janet **GONZALEZ**

=====================================================================
NORIS CAMPOS-MATOS                    <u>Attorneys:</u> Zygmunt G. SLOMINSKI

    Plaintiffs

    v.

EVANSTONE INSURANCE                   Edgardo A. VEGA-LOPEZ

    Defendants
=====================================================================

A Status Conference is held in chambers.

The parties inform that the depositions of the parties' prior counsel have taken regarding the issue of prescription as to plaintiff Noris Campos.

The defendant requests leave to file a motion stating why the notices are insufficient at law and thus the issue to determine that the claims are time barred is not a jury matter. The Court authorizes the filing of said motion and instructs defendant to comply with plaintiffs' production of documents. All communications between Rivera and Evanston and the Agent from on month prior to the so called dismissal and from thereon forward.

Plaintiffs' motion for production of documents to be filed within five (5) days and defendants are granted fifteen days to respond. Thereafter, defendants will have ten (10) days to file their announced motion (why not a jury matter). Plaintiffs will have twenty (20) days to respond. Five days after the last filing, the parties are instructed to submit simultaneous forms of order (not more than 3/5 pages long) to the Court's chambers.

                                              COURTROOM DEPUTY

s/c: Counsel of record