UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

Plaintiff(s) Noris A. Campos Matos, et al.    CIVIL NO. 96-2477 (DRD)

v.

Defendant(s) Evanston Insurance Company et al

| MOTION | ORDER |
|---|---|
| Docket entry no. 63 | ☐ GRANTED. |
| Date: May / 5 / 2000. | ☐ DENIED. |
| Title: Motion to Continue Pre Trial Conference | ☑ MOOT. |
| | ☐ NOTED. |
| Plaintiffs motion to Continue (Docket No. 63) is MOOT. See minutes of Proceeding (Docket No. 64). | |

*RECEIVED AND FILED 00 JUN 13 AM 8:40 CLERK'S OFFICE U.S. DISTRICT COURT SAN JUAN, P.R.*

IT IS SO ORDERED.

Date: June / 8 / 2000.

[signature]
DANIEL R. DOMINGUEZ
U.S. DISTRICT JUDGE