IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

Noris A. Campos Matos, et.al.

Plaintiff(s),

v.

Evanston Insurance Co. et al

Defendant(s).

CIVIL NO. 96-2477 (DRD)

RECEIVED AND FILED
00 JUN 13 AM 8:40
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

---

### DESCRIPTION OF MOTION

DATE FILED: June / 5 / 200

DOCKET NO.: 65

[ ] Plffs.     [✓] Defts.

TITLE: Motion for brief extension of time to file motion for Summary Judgment

---

### ORDER

Codefendants motion for brief extension of time is hereby GRANTED. Defendants have until July 5, 2000 to submit their motion for Summary Judgment. Thereafter, plaintiffs shall have 20 days to oppose. Defendants will have 15 calendar days to reply and plaintiffs will also have 15 days to file a surreply if desired. No further extensions of time will be granted. IT IS SO ORDERED

June / 9 / 2000
DATE

*signature*

DANIEL R. DOMINGUEZ
U.S. DISTRICT JUDGE

67