UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO

**MINUTES OF PROCEEDINGS:**  DATE: SEPTEMBER 6, 2000

BEFORE HONORABLE JAY A. GARCIA GREGORY

COURTROOM DEPUTY: Lily **ALICEA**   **CASE NO. CIVIL 96-2477**

===================================================================

NORIS CAMPO MATOS                          Attorneys:
                                           For Plaintiffs:

            VS
                                           For Defendant:
EVANSTONE INSURANCE


===================================================================

By Order of the Court the above-mentioned case is hereby scheduled for a status conference on **WEDNESDAY, OCTOBER 18, 2000 at 4:00 PM.**

Parties to be notified.

_____
LILY ALICEA
COURTROOM DEPUTY

Slominski
Vélez
Vega
9/7/00

