UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

CAMPOS-MATOS, ET AL

    **Plaintiff(s)**

    v.                                             CIVIL NUMBER: 96-2477 (JAG)

EVANSTONE INSURANCE

    **Defendant(s)**

| MOTION | ORDER |
|---|---|
| **Title:** Motion for Leave to File Amended Answer to First Amended Complaint (07/10/00); Motion for Leave to File Amended Answer to Complaint (08/04/00)<br>**Dockets:** 70, 74<br>[ ] Plffs   [x] Defts   [ ] Other | **GRANTED** |

| MOTION | ORDER |
|---|---|
| **Date:** 07/21/00<br>**Title:** Motion to Extend Time for 20 Days to Produce Documents<br>**Dockets:** 71-2<br>[x] Plffs   [ ] Defts   [ ] Other | **MOOT.** |

Date: 10/03/2000

JAY A. GARCIA-GREGORY
U.S. District Judge

