UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

CAMPOS-MATOS, ET AL

**Plaintiff(s)**

v.   CIVIL NUMBER: 96-2477 (JAG)

EVANSTONE INSURANCE

**Defendant(s)**

| MOTION | ORDER |
|---|---|
| Date: 07/05/<br>Title: Motion to Accept Spanish Language Documents<br>Docket: 69<br>[ ] Plffs   [x] Defts   [ ] Other | To the extent that it has not been done already, the Court grants a period of 60 days from the date of this order to file certified translations. |

| MOTION | ORDER |
|---|---|
| Date: 07/21/00<br>Title: Motion to Strike Motion for Summary Judgment by Hosp. Auxilio Mutuo, Evanstone Insurance<br>Dockets: 71-1<br>[x] Plffs   [ ] Defts   [ ] Other | **DENIED.** The parties are to meet and confer and make an earnest effort to resolve the dispute outlined in the parties' motion. |

Date: 10/03/2000

JAY A. GARCIA-GREGORY
U.S. District Judge

