UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO

**MINUTES OF PROCEEDINGS:**                DATE: OCTOBER 18, 2000

BEFORE HONORABLE JAY A. GARCIA GREGORY

COURTROOM DEPUTY: Lily **ALICEA**        **CASE NO. CIVIL 96-2477 (JAG)**

===============================================================

NORRIS A. CAMPOS MATOS                Attorneys:
                                        For Plantiff: ZYGMUNT G.
                                        SLOMINSKI
        VS
                                        For Defendant:
EVANSTON INSURANCE COMPANY              EDGARDO VEGA LOPEZ

===============================================================

Case called for status conference. Theories of parties heard. Parties are to meet as to the request for production of documents and try to settle it without the intervention of the Court. Court grants them thirty days to do so.

Thereafter twenty days are granted to supplement the motion summary judgment and twenty days to answer.

Parties to be notified.

*Lily Alicea*
────────────────────────────
Lily Alicea-Courtroom Deputy