UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

CAMPOS-MATOS, ET AL

**Plaintiff(s)**

v.    CIVIL NUMBER: 96-2477 (JAG)

EVANSTONE INSURANCE

**Defendant(s)**

| MOTION | ORDER |
|---|---|
| **Date:** 12/11/00<br>**Title:** Joint Motion for Modification of Order and to Expand Time to Conduct Further Discovery<br>**Dockets:** 82<br>[ ] Plffs  [ ] Defts  [ ] Other | **GRANTED.** Discovery to be concluded by April 30, 2001. |

**Date:** April 10, 2001

JAY A. GARCIA-GREGORY
U.S. District Judge