UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

CAMPOS-MATOS, ET AL

**Plaintiff(s)**

v.                                    CIVIL NUMBER: 96-2477 (JAG)

EVANSTONE INSURANCE

**Defendant(s)**

| MOTION | ORDER |
|---|---|
| **Date:** 05/24/01<br>**Title:** Notice of Appearance<br>**Dockets:** 85<br>[x] **Plffs**   [ ] **Defts**   [ ] **Other** | Notice of appearance is noted. |

| MOTION | ORDER |
|---|---|
| **Date:** 05/24/01<br>**Title:** Motion for Leave to File Second Amended Complaint<br>**Dockets:** 87<br>[x] **Plffs**   [ ] **Defts**   [ ] **Other** | **GRANTED.** |

Date: July 6, 2001                JAY A. GARCIA-GREGORY
                                  U.S. District Judge


