UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

CAMPOS-MATOS, ET AL

**Plaintiff(s)**

v.                                          CIVIL NUMBER: 96-2477 (JAG)

EVANSTONE INSURANCE

**Defendant(s)**

| MOTION | ORDER |
|---|---|
| **Date:** 05/24/01<br>**Title:** Motion Requesting Status Conference<br>**Dockets:** 86<br>[x] **Plffs**  [ ] **Defts**  [ ] **Other** | A Status and Settlement Conference is set for **August 24, 2001** at **10:00 a.m.** |

Date:  July 10, 2001

JAY A. GARCIA-GREGORY
U.S. District Judge


 CT Deputy
