UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

CAMPOS-MATOS, ET AL

**Plaintiff(s)**

v.                                   **CIVIL NUMBER:** 96-2477 (JAG)

EVANSTONE INSURANCE

**Defendant(s)**

| MOTION | ORDER |
|---|---|
| **Date:** 11/20/01<br>**Title:** Motion for Order of Expansion of Time for Discovery and Filing of a Supplemental Reply<br>**Dockets:** 93<br>[x] **Plffs**   [ ] **Defts**   [ ] **Other** | **GRANTED** until December 21, 2001. |

**Date:** December 17, 2001

JAY A. GARCIA-GREGORY
U.S. District Judge


