# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

RECEIVED & FILED
'02 JAN 17 AM 11: 28
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN P R

CAMPOS-MATOS, ET AL

   **Plaintiff(s)**

          **v.**                          **CIVIL NUMBER:** 96-2477 (JAG)

EVANSTONE INSURANCE

   **Defendant(s)**

---

| MOTION | ORDER |
|---|---|
| **Date:** 01/08/02 <br> **Title:** Motion Regarding Notification of Motion to Stay Proceedings <br> **Dockets:** 99 <br> [ ] **Plffs**   [ x ] **Defts**   [ ] **Other** | **NOTED.** Plaintiffs shall have until January 28, 2002 to file a reply. |

---

**Date:**  January 16, 2002

JAY A. GARCIA-GREGORY
U.S. District Judge



