UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

NORIS A. CAMPOS-MATOS, et al.

    Plaintiffs

    v.                             CIVIL NO. 96-2477 (JAG)

EVANSTONE INSURANCE COMPANY,
et al

    Defendants

## JUDGMENT

Pursuant to the Opinion and Order issued on this date, the Court enters judgment dismissing all claims against defendants with prejudice.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 19th day of June 2002.

                              JAY A. GARCIA-GREGORY
                              United States District Judge