IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

NORIS A. CAMPOS MATOS, et al

**Plaintiff**

v.                                                          CIVIL NO. 96-2477 (JAG)

EVANSTON INSURANCE COMPANY, et al

**Defendants**

| MOTION | ORDER |
|---|---|
| **Date Filed:** 07/08/02<br>**Title:** Motion for Extension of Time to File Opposition to Motion to Alter and Set Aside Judgment<br>**Docket(s):** 110<br><br>☐ Plaintiff(s)     ☐ Third-Party<br>X Defendant(s)   ☐ Other | **GRANTED.** |

Date: July 31, 2002

JAY A. GARCIA-GREGORY
U.S. District Judge