CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.
2002 AUG 29 AM 9:47
RECEIVED AND FILED

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF PUERTO RICO**

CAMPOS-MATOS, ET AL

**Plaintiff(s)**

**v.** **CIVIL NO.** 96-2477 (JAG)

EVANSTONE INSURANCE

**Defendant(s)**

| MOTION | ORDER |
|---|---|
| **Date Filed:** 08/09/02<br>**Title:** Motion Regarding Vacation and Travel Period<br>**Dockets:** 113<br><br>[ X ] **Plffs** [ ] **Defts** [ ] **Other** | **NOTED.** |

| MOTION | ORDER |
|---|---|
| **Date Filed:** 08/09/02<br>**Title:** Plaintiff's Motion for Extension of Time to File Reply to Defendant's Opposition to Motion to Alter and Set Aside Judgment<br>**Dockets:** 114<br><br>[ X ] **Plffs** [ ] **Defts** [ ] **Other** | **GRANTED.** The reply shall be filed on or before **September 9, 2002** with courtesy copy delivered to chambers on that date. |

**Date:** August 22, 2002

**JAY A. GARCIA-GREGORY**
**U.S. District Judge**

(4)

(115)