UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

CAMPOS-MATOS, ET AL

**Plaintiff(s)**

v.                                    CIVIL NO.   96-2477 (JAG)

EVANSTONE INSURANCE

**Defendant(s)**

| MOTION | ORDER |
|---|---|
| Date Filed:  09/06/02<br>Title:  Plaintiffs' Motion for Extension of Time to File Reply to Defendant's Opposition to Motion to Alter and Set Aside Judgment<br>Dockets:  116 | GRANTED. |

[ X ] Plffs    [ ] Defts    [ ] Other

Date:  September 17, 2002

JAY A. GARCIA-GREGORY
U.S. District Judge



