original

RECEIVED & FILED
03 APR 17 PM 10:06
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF PUERTO RICO**

NORIS A. CAMPOS MATOS, herself and as legal guardian of her minor son JOSE FRANCISCO RIVERA CAMPOS

Plaintiffs

Vs.

EVANSTON INSURANCE COMPANY; SOCIEDAD ESPANOLA DE AUXILIO MUTUO Y BENEFICIA DE PUERTO RICO, a.k.a. HOSPITAL AUXILIO MUTUO, INC.; JAMES DOE; and, RELIANCE NATIONAL INSURANCE COMPANY

Defendants

CIVIL NO. 96-2477(JAG)

RE: PERSONAL INJURIES
MEDICAL MALPRACTICE

PLAINTIFFS DEMAND
TRIAL BY JURY

**NOTICE OF APPEAL**

**TO THE HONORABLE COURT**:

**COMES NOW** the plaintiffs NORIS A. CAMPOS MATOS, herself and as legal guardian of her minor son JOSE FRANCISCO RIVERA CAMPOS, through the undersigned attorneys, and respectfully NOTIFY that they hereby appeal to the United States Court of Appeals for the First Circuit from the Final Judgment, Opinion and Order, and Memorandum and Order entered in this action on June 21, 2002, whereby the United States District Court for the District of Puerto Rico dismissed with prejudice all claims against defendants as set forth in Plaintiffs' Second Amended Complaint. Plaintiffs are also appealing from the District Court's Memorandum and Order filed and docketed on March 27, 2003, that denied Plaintiffs' timely motion to alter and set aside the judgment.

M






On June 28, 2002, pursuant to Rule 59(e) of the Federal Rules of Civil Procedure, the plaintiffs had filed a timely Motion to Alter or Set Aside Judgment, which was Denied by a Memorandum and Order entered by the Court on March 25, 2003 and notified and docketed on March 27, 2003.

**RESPECTFULLY SUBMITTED.** In San Juan, Puerto Rico, this 17 day of April 2003.

**I HEREBY CERTIFY**, that a true and exact copy of this Notice has been sent, on this same day, via regular first class mail, to: Edgardo A. Vega Lopez, Esq. and Isabel J. Velez-Serrano, Esq., Jimenez, attorneys for defendants Evanston Insurance Company and Hospital Auxilo Mutuo, at Graffam & Lausell, P.O. Box 366104, San Juan, Puerto Rico 00936-6104; and Miriam Gonzalez, Esq., Attorney for Reliance Insurance Company and Estado Libre Asociado de Puerto Rico, Comisionado de Seguros, at Buchanan Office Center, Carretera 165, Guaynabo, P.R. 00968-8001.

**BY:** ____________________

**ANTONIO BAUZA TORRES, ESQ.**
USDC-PR No. 115502
Edificio Lemans
Oficina 402
#602 Avenida Muñóz Rivera
Hato Rey, PR 00918

Tel. (787) 766-0723
Fax (787) 751-1774

____________________

**ZYGMUNT G. SLOMINSKI, ESQ.**
USDC-PR No. 208704
27 Lookout Drive
Ledgewood, N.J. 07852

Tel. (973) 598-9779
Fax (973) 598-1452