# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

CAMPOS MATOS, et al.
**Plaintiff(s)**

CIVIL NO. 96-2477(JAG)

v.

EVANSTON INSURANCE, et al.
**Defendant(s)**

## ORDER

Pursuant to the status conference held today and the Opinion and Order issued by the Court on March 27, 2003 (Docket No. 199), the court hereby vacates the Order and Judgment issued on June 21, 2002 (Docket Nos. 107 & 108) as respects to the claims brought by plaintiff Jose Francisco Rivera-Campos. Accordingly, co-defendant Reliance National Insurance Co. shall have twenty (20) days to serve an answer to the second amended complaint. Additionally, co-defendant Auxilio Mutuo is hereby ordered to provide to plaintiffs any and all outstanding discovery, including plaintiff's complete medical transcript ( See Docket No. 92).

The Court, noting that this is a 1996 case, hereby sets the following expedited deadlines to govern this case. The parties are warned that they are expected to strictly adhere to such deadlines and that failure to do so will result in the imposition of sanctions.

1) All discovery shall be complete by June 20, 2003.

2) Any dispositive motions shall be filed by July 11, 2003. Any oppositions thereto shall be filed by July 25, 2003.

3) A Joint Pre-trial Order will be due on August 25, 2003

4) A Pre-trial/settlement conference will be held on September 4, 2003 at 10:30a.m.



5) Jury Trial will take place on September 22, 2003 at 9:30a.m.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 15th day of April, 2003.

JAY A. GARCIA-GREGORY
United States District Judge