# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO
## Transmittal of Record to the Court of Appeals

**DATE:** May 16, 2003

**DC #:** 96-2477 (JAG)

**APPEAL FEE PAID:** YES __X__ NO ____

**CASE CAPTION:** Noris A. Campos-Matos  v.  Evanstone Insurance, Co.

**IN FORMA PAUPERIS:** YES ____ NO __X__

**MOTIONS PENDING:** YES __X__ NO ____

**NOTICE OF APPEAL FILED BY:** Plaintiffs

**APPEAL FROM:** Opinion & Order entered on 03/27/03, Judgment, Opinion & Order and Memorandum and Order entered on 06/21/02

**SPECIAL COMMENTS:** Copies of original documents

**INDEX OF DOCUMENTS INCLUDED AS THE RECORD ON APPEAL:**

| DOCUMENTS: | VOLUMES: |
| --- | --- |
| Docket Entries   1,7,12,15,16,19,20,22,34,51,68,71,75,79,80, 90,95,96,103,106,107,108,109,112,118,119,120,121,122,123,124 | I |

I HEREBY certify that the enclosed documents contained herein are the original pleadings as described in the annexed index and constitute the record on appeal in the case.

FRANCES RIOS DE MORAN
Clerk of the Court

By: Xiomara Muniz
Deputy Clerk

Acknowledgment of Receipt:
Received By: _____
USCCA #: _____
s/c: ICMS Parties, Docket Clerk, Appeals Clerk


