UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

CAMPOS-MATOS, ET AL

**Plaintiff(s)**

v.                                            CIVIL NO.   96-2477 (JAG)

EVANSTONE INSURANCE

**Defendant(s)**

| MOTION | ORDER |
|---|---|
| **Date Filed:** 05/09/2003<br>**Title:** Plaintiffs' Motion for Extension to Respond to Codefendant Evanston's Motion for Summary Judgment<br>**Dockets:** 125<br><br>[ X ] **Plffs**   [ ] **Defts**   [ ] **Other** | **GRANTED.** No further extensions will be granted. |

Date: May 21, 2003

JAY A. GARCIA-GREGORY
U.S. District Judge


