IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

CAMPOS MATOS
**Plaintiff(s)**

v.                                          CIVIL NO. 96-2477 (JAG)

EVANSTON INSURANCE CO..
**Defendant(s)**

## ORDER

The docket reflects that Reliance National Insurance (hereafter "Reliance") was summoned on October 16, 2001 (Docket No. 91). Reliance had until November 11, 2003 to answer the complaint or other wise plead. Thereafter, on June 2, 2002, judgment was entered and the case was closed. (Docket Nos. 107 & 108). In its opinion and order dated March 27, 2003, the Court noted that the case had to be reopened as to the claims by minor Francisco Rivera Campos (Docket 119). The case was officially reopened on April 21, 2003 after a status conference (Docket No. 122).

The Court believes it is prudent for co-defendant Reliance to be summoned again with a copy of the complaint, inasmuch as the procedural history of the case has been a complex one and the Court want to ensure proper notice of the proceedings against then prior to the entry of default. Accordingly, the Clerk shall issue new summons for Reliance National Insurance and plaintiff shall serve process upon them pursuant to Fed. R. Civ. P 4(m). If Reliance fails to answer within the term provided by the Rules, plaintiff is ordered to move for the entry of default.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 3rd day of June, 2003.

JAY A. GARCIA-GREGORY
United States District Judge