UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

NORIS A. CAMPOS MATOS ET ALS.
    **Plaintiff(s)**

v.

CIVIL NO.   96-2477(JAG)

EVANSTON INSURANCE COMPANY ET AL.
    **Defendant(s)**

| MOTION | ORDER |
|---|---|
| **Date Filed:** 7/7/2003<br>**Title:** Plaintiff's Motion to Amend the Second Amended Complaint and to File a Third Amended Complaint, Instanter<br>**Docket(s):** 132 | GRANTED. Third Amended Complaint shall be filed. The Clerk shall issue summons for the "Guaranty Association of Miscellaneous Insurance of Puerto Rico" (Oficina del Comisionado de Seguros de Puerto Rico, Division de Liquidaciones). Plaintiff shall serve defendants with the new summons within thirty (30) days. No time extensions will be granted. |

X Plaintiffs     ☐ Third Party
☐ Defendant(s)   ☐ Other

Date: July 15, 2003

JAY A. GARCIA-GREGORY
U.S. District Judge