UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

NORIS A. CAMPOS MATOS ET ALS.
    Plaintiff(s)

v.

CIVIL NO. 96-2477 (JAG)

EVANSTON INSURANCE COMPANY ET ALS.
    Defendant(s)

| MOTION | ORDER |
|---|---|
| **Date Filed:** 7/23/2003<br>**Title:** Motion for Withdrawal of Legal Representation by Zygmunt Slominski<br>**Docket(s):** 138 | GRANTED. The plaintiffs shall have twenty (20) days to obtain new counsel. Meanwhile, attorney Antonio Bauza Torres will continue to represent plaintiffs.<br>The parties are reminded that a Joint Pre-Trial Order is due on August 25, 2003. |
| X Plaintiffs  ☐ Third Party<br>☐ Defendant(s)  ☐ Other | |

Date: July 28, 2003

JAY A. GARCIA-GREGORY
U.S. District Judge


