UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

NORIS CAMPOS MATOS ET AL.
    **Plaintiff(s)**

v.

CIVIL NO. 96-2477 (JAG)

EVANSTON INSURANCE COMPANY ET ALS.
    **Defendant(s)**

| MOTION | ORDER |
|---|---|
| **Date Filed:** 8/5/2003<br>**Title:** Motion for Withdrawal of Legal Representation by Antonio Bauza Torres<br>**Docket(s):** 142<br><br>x Plaintiffs    ☐ Third Party<br>☐ Defendant(s)    ☐ Other | GRANTED. |

**Date:** August 7, 2003

JAY A. GARCIA-GREGORY
U.S. District Judge

