# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

NORIS A. CAMPOS MATOS ET ALS.

**Plaintiff(s)**

    CIVIL NO. 96-2477 (JAG)

v.

EVANSTON INSURANCE COMPANY
ET ALS.

**Defendant(s)**

## ORDER

This case was closed on June 21, 2002 (Docket No. 108). Plaintiffs filed a motion for reconsideration (Docket No. 109) and on April 21, 2003 the Court reopened the case solely to address the claims by minor Jose Francisco Rivera Campos (See Docket Nos. 119, 121, 122). A new scheduling order was issued setting the case for trial in September of that year.

On July 23, 2003 and August 5, 2003 respectively, the attorneys for plaintiff sought a withdrawal from representation (Docket No. 138 and 142) stating irreconcilable differences resulting in an inability to represent plaintiffs. Plaintiff's counsel represented to the Court that he had advised plaintiff of the pending trial schedule and the need to obtain new counsel. The Court granted leave to withdraw, allowed plaintiffs until August 21, 2003 to obtain new legal representation and reminded them that a pre- trial order was due on August 25, 2003 (Docket No.140 and 142). To date, the plaintiff has failed to obtain legal representation or to file the pre-trial order as ordered. Accordingly, this case is hereby dismissed. As discussed in the Opinion and Order regarding the



2

Motion on Reconsideration (Docket No. 119), minor Rivera Campos' cause of action remains viable until he reaches the age of majority. Accordingly, the dismissal shall be without prejudice.

Judgment shall enter accordingly.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 26th day of August, 2003.

JAY A. GARCIA-GREGORY
United States District Judge