# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

NORIS A. CAMPOS MATOS ET ALS.
**Plaintiff(s)**

v.

CIVIL NO. 96-2477(JAG)

EVANSTON INSURANCE COMPANY ET ALS.
**Defendant(s)**

## JUDGMENT

Pursuant to the Order issued today and for the reasons stated therein, this case is dismissed without prejudice.

This case is now closed for statistical purposes.

IT IS SO ORDERED

In San Juan, Puerto Rico, this 26th day of August, 2003.

JAY A. GARCIA-GREGORY
U.S. District Judge

